EdwNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

**ORDER**
14-CR-223(ALC)

-against-

Francisco Brito,
-----------------------------------------------------------X
**ANDREW L. CARTER, JR., United States District Judge:**

The Violation of Supervised Release Hearing scheduled for December 11, 2019 is adjourned to **December 12, 2019** at **11:00 a.m.**

**SO ORDERED.**

Dated: New York, New York
December 6, 2019

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**