

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 15, 2020

**By Hand**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

    Re: *United States v. Francisco Brito*, **14 Cr. 223 (ALC)**

Dear Judge Carter:

    The Government writes to respectfully request that the Court so order that Mr. Noel Roman may be substituted for the current co-signer on the defendant's appearance bond, Ms. Marleen Gonzalez.

    As background, on or about December 4, 2019, the defendant was presented before Magistrate Judge Barbara C. Moses, on alleged violations of supervised release. Judge Moses released the defendant upon several conditions, including that the defendant secure one financially responsible person to serve as the co-signer for his appearance bond. That same day, a representative of the U.S. Attorney's Office interviewed the defendant's proposed co-signer, Ms. Gonzalez, and approved her.

    The defendant now seeks to substitute Mr. Roman as a co-signer. A representative of the U.S. Attorney's Office has interviewed Mr. Roman, and has approved him as an appropriate co-signer for the bond.

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE 1-15-20

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____
Kaylan E. Lasky
Assistant United States Attorney
(212) 637-2315

cc: Michael H. Sporn, Esq. (via email)