```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/1/20
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**

                **Plaintiff,**

           -against-

**FRANCISCO BRITO,**

                **Defendant.**

-------------------------------------------------------------- x

**14-CR-223 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The status conference scheduled for July 8, 2020 is adjourned to **August 5, 2020** at **11:00 a.m.**

**SO ORDERED.**

**Dated:**      **New York, New York**
               **July 1, 2020**

_____
      **ANDREW L. CARTER, JR.**
      **United States District Judge**