USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/31/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**

                       **Plaintiff,**

    -against-

**FRANCISCO BRITO,**

                       **Defendant.**

------------------------------------------------------------------- x

14-CR-223 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The status conference scheduled for August 5, 2020 is adjourned to **October 16, 2020** at **11:00 a.m.**

**SO ORDERED.**

**Dated:**  **New York, New York**
           **July 31, 2020**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**