UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

United States of America,

United States District Court

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC#: _____ |
| DATE FILED: __10/14/20__ |

**ORDER**

**14-CR-223 (ALC)**

-against-

Francisco Brito,

Defendant(s)

-------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

The in-person status conference scheduled for October 16, 2020 at 11:00 a.m. is

converted to a telephone status conference.   The parties should contact the Court at 1-888-

363-4749 on the date and time specified above and once prompted, should dial access code

3768660.

    **SO ORDERED.**

**Dated: New York, New York**
     **October 14, 2020**

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**