**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/9/2020

**MICHAEL H. SPORN**
ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007

mhsporn@gmail.com

TELEPHONE
(212) 791-1200

FACSIMILE
(212) 791-3047

December 8, 2020

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Re: United States v. Francisco Brito
> Ind. No. 14 Cr 223 (ALC)

Dear Judge Carter:

    This letter is respectfully submitted to request that the status conference in connection with the violation of supervised release scheduled for December 10, 2020 be adjourned to a date in early February of 2021 that might be convenient to the Court. The underlying New Jersey state case that forms the primary basis for this violation still is pending due to the pandemic. In the meantime, Mr. Brito continues to be employed. The government consents to this request. Thank you for your consideration of this matter.

Respectfully yours,

Michael H. Sporn

MHS/ss

Cc: Kaylin Lasky, Esq.

**The application is GRANTED. The telephone status conference is adjourned to 2/3/21 at 10:00 a.m. So Ordered.**

_/s/ Andrew L. Carter_ 12/9/20