USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/26/21__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x
**UNITED STATES OF AMERICA,**

                  **Plaintiff,**

    -against-

**FRANCISCO BRITO,**

                **Defendant.**

-------------------------------------------------------------------- x

14-CR-223 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Status Conference set for **February 3, 2021** at **10:00 a.m.** is converted to a telephone status conference. The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**  **New York, New York**
            **January 26, 2021**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**