# MEMO ENDORSED



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 26, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/28/21
```

**BY ECF**
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re: *United States v. Francisco Brito, 14 Cr. 223 (ALC)*

Dear Judge Carter:

    The Government writes, with the consent of defense counsel, to respectfully request a one-week adjournment of the Joint Status Report, currently due to the Court on April 28, 2021. The defendant is scheduled to attend a remote hearing in his pending New Jersey State case on April 28, 2021. Since the result of that hearing will likely be relevant to the above-captioned case, the Government respectfully requests a one-week adjournment, until May 5, 2021, to submit the Joint Status Report in conjunction with defense counsel.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

by: *Kaylan E. Lasky*
Kaylan E. Lasky
Assistant United States Attorney
(212) 637-2315
kaylan.lasky@usdoj.gov

cc: Michael Sporn, Esq. (by ECF)

The application is **GRANTED.**
So Ordered.

*Andrew L. Carter* 4/28/21