USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-16-21

EdwNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                                                    **ORDER**
                                                  14-CR-223 (ALC)

        -against-

Francisco Brito,

-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

      The Status Conference set for June 22, 2021 is adjourned. The parties shall file a joint status report on or before August 6, 2021.

      **SO ORDERED.**

Dated: New York, New York
          June 16, 2020

                                                _____
                                                ANDREW L. CARTER, JR.
                                                UNITED STATES DISTRICT JUDGE