```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9.23.21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

       Plaintiff,

  -against-          14-CR-223 (ALC)

                **ORDER**

FRANCISCO BRITO,

       Defendant.

-------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

  A Violation of Supervised Release Hearing is set for **September 30, 2021** at **2:00 p.m.**

SO ORDERED.

Dated:  New York, New York
      September 23, 2021

                   _/s/ Andrew L. Carter, Jr._
                   ANDREW L. CARTER, JR.
                   United States District Judge