MEMO ENDORSED

# MICHAEL H. SPORN
ATTORNEY AT LAW

(212) 791-1200
mhsporn@gmail.com

299 BROADWAY
NEW YORK, NEW YORK 10007

42-40 BELL BOULEVARD
BAYSIDE, NEW YORK 11361

September 29, 2021

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:  United States v. Francisco Brito
           Ind. No. 14 Cr 223 (ALC)

Dear Judge Carter:

     This letter is respectfully submitted to request that the status conference in connection with the violation of supervised release scheduled for September 30, 2021 be adjourned for approximately 45 days to a date that might be convenient to the Court. The underlying New Jersey state case that forms the primary basis for this violation still is pending. I spoke today with a clerk at the court who suggested that he would send Mr. Brito a notice in the mail with a date for a virtual appearance at which point the hope is that the underlying case will be resolved. We do not currently know what that date will be. In any event, resolving that case will clear a path for resolving this one. The government consents to this request. Thank you for your consideration of this matter.

Respectfully submitted,

Michael Sporn

Michael H. Sporn

MHS/ss
Cc: Kaylin Lasky, Esq

*The application is granted. The violation of supervised release hearing is adjourned to 11-16-21 at 12 noon.*

*So Ordered.*

*Andrew L. Carter*
*9-30-21*