UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                         Plaintiff,

        -against-

FRANCISCO BRITO,

                        Defendant.

-------------------------------------------------------------- x

14-CR-223 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

Today's Revocation of Supervised Release Hearing is adjourned to **December 1, 2021** at **11:00 a.m.**

SO ORDERED.

Dated:    New York, New York
           November 16, 2021

                                              ANDREW L. CARTER, JR.
                                              United States District Judge