MEMO ENDORSED

# MICHAEL H. SPORN
ATTORNEY AT LAW

(212) 791-1200
mhsporn@gmail.com

299 BROADWAY
NEW YORK, NEW YORK 10007

42-40 BELL BOULEVARD
BAYSIDE, NEW YORK 11361

November 29, 2021

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY [FILED]

11-30-21

Re: United States v. Francisco Brito
Ind. No. 14 Cr 223 (ALC)

Dear Judge Carter:

This letter is respectfully submitted to request that the status conference in connection with the violation of supervised release scheduled for December 1, 2021 be adjourned for 2 or 3 weeks to a date that might be convenient to the Court. The underlying New Jersey state cases that are the core violations in this petition also are scheduled for December 1. Resolving those cases will clear a path for resolving this one. The government consents to this request. Thank you for your consideration of this matter.

Respectfully submitted,

Michael Sporn
*Digitally signed by Michael Sporn*

Michael H. Sporn

MHS/ss
Cc: Kaylan Lasky, Esq

The application is granted. The status conference is adjourned to 1-6-22 at 12 p.m.
So Ordered.

*/s/ Andrew L. Carter*
11-30-21