USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-5-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                      Plaintiff,

    -against-

FRANCISCO BRITO,

                      Defendant.

-------------------------------------------------------------- x

14-CR-223 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The January 6, 2022 status conference is adjourned. A Telephone Status Conference is set for **January 19, 2022** at **2:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**     New York, New York
              January 5, 2022

                                                    _____
                                                    ANDREW L. CARTER, JR.
                                                    United States District Judge