```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-19-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                    Plaintiff,

    -against-                                  14-CR-223 (ALC)

                                                **ORDER**

FRANCISCO BRITO,

                    Defendant.

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

    Today's Telephone Status Conference is adjourned to **February 23, 2022** at **2:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660. Members of the public and the press can use the same dial-in information.

**SO ORDERED.**

Dated:     **New York, New York**
               **January 19, 2022**

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**