USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-24-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                Plaintiff,

                                    14-CR-223 (ALC)

    -against-

                                    **ORDER**

FRANCISCO BRITO,

                Defendant.

---------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The Telephone Status Conference scheduled for February 23, 2022 is adjourned to **April 28, 2022** at **12:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660. Members of the public and the press can use the same dial-in information.

**SO ORDERED.**

Dated:     New York, New York
             February 23, 2022

                                                _____
                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**