

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 25, 2022

**BY ECF**
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/26/22
```

Re: *United States v. Francisco Brito,* 14 Cr. 223 (ALC)

Dear Judge Carter:

    The Government writes, with the consent of defense counsel, to respectfully request a sixty-day adjournment of the next conference in the above-captioned case, currently scheduled for April 28, 2022. The defendant continues to have pending New Jersey State cases, which will likely be relevant to this case, and defense counsel seeks additional time to resolve those matters prior to resolving this case.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

by: _____
    Kaylan E. Lasky
    Assistant United States Attorney
    (212) 637-2315
    kaylan.lasky@usdoj.gov

cc: Michael Sporn, Esq. (by ECF)

The application is **GRANTED.** The telephone status conference is adjourned to 7/14/22 at 2 p.m. The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660. Members of the public and the press can use the same dial-in information.
So Ordered.

*/s/ Andrew L. Carter, Jr.*
4/26/22