

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 6, 2022

**BY ECF**
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/7/22
```

Re: *United States v. Francisco Brito*, 14 Cr. 223 (ALC)

Dear Judge Carter:

The Government writes, with the consent of defense counsel, to respectfully request a sixty-day adjournment of the next conference in the above-captioned case, currently scheduled for July 14, 2022. The defendant continues to have pending New Jersey State cases, which will likely be relevant to this case, and defense counsel seeks additional time to resolve those matters prior to resolving this case. Additionally, the undersigned AUSA is beginning a one-week trial next week.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by: _____
Kaylan E. Lasky
Assistant United States Attorney
(212) 637-2315
kaylan.lasky@usdoj.gov

cc: Michael Sporn, Esq. (by ECF)

The application is **GRANTED.** The telephone violation of supervised release hearing is adjourned to 9/20/22 at 3:30 p.m. The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660. Members of the public and the press can use the same dial-in information.
So Ordered.

*/s/ Andrew L. Carter* 7/7/22