**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 17, 2022

**BY ECF**
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __9/19/22__

Re:   *United States v. Francisco Brito*, 14 Cr. 223 (ALC)

Dear Judge Carter:

The Government writes, with the consent of defense counsel, to respectfully request an adjournment of the September 20, 2022 conference in the above-captioned case, for sixty days or whatever would be most convenient for the Court. The defendant's New Jersey State cases remain pending. Defense counsel seeks additional time to resolve those matters prior to resolving the case before this Court.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by: ___*Kaylan E. Lasky*___
Kaylan E. Lasky
Assistant United States Attorney
(212) 637-2315
kaylan.lasky@usdoj.gov

cc: Michael Sporn, Esq. (by ECF)

The application is **GRANTED**. The telephone status conference is adjourned to 11/22/22 at 12 p.m. So Ordered.

*/s/ Andrew L. Carter, Jr.*
9/19/22