EdwNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

-against-

Francisco Brito,
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10-20-22

**ORDER**
14-CR-223 (ALC)

ANDREW L. CARTER, JR., United States District Judge:

The Telephone Status Conference scheduled for November 22, 2022 at 12:00 p.m. is adjourned to **3:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

SO ORDERED.

Dated: New York, New York
October 20, 2022

ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE