

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 21, 2022

**BY ECF**
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/21/22
```

Re:  *United States v. Francisco Brito*, 14 Cr. 223 (ALC)

Dear Judge Carter:

The Government and defense counsel write jointly to respectfully request an adjournment of the November 22, 2022 conference in the above-captioned case, for sixty days or whatever would be most convenient for the Court. One of the defendant's New Jersey State cases remains pending. It is the Government's understand that the defendant missed a virtual court appearance on the simple assault case, and the defendant needs to post a portion of a bond in order to lift the warrant, so that the matter can be rescheduled. Defense counsel seeks additional time to resolve this matter prior to resolving the case before this Court.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by: _/s/ Kaylan E. Lasky_
Kaylan E. Lasky
Assistant United States Attorney
(212) 637-2315
kaylan.lasky@usdoj.gov

cc: Michael Sporn, Esq. (by ECF)

The application is **GRANTED**. The telephone violation of supervised release hearing is adjourned to 1/31/23 at 3:30 p.m. The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660. So Ordered.

*/s/ Andrew L. Carter, Jr.*
11/21/22