```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
UNITED STATES OF AMERICA,                   :
                                            :
                         Plaintiff,         :
                                            :     14-CR-223 (ALC)
           -against-                        :
                                            :     ORDER
 FRANCISCO BRITO,                           :
                                            :
                         Defendant.         :
                                            :
------------------------------------------------------------- x
```

**ANDREW L. CARTER, JR., District Judge:**

    The Telephone Violation of Supervised Release Hearing scheduled for January 31, 2023 is adjourned to **March 9, 2023** at **12:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660. Members of the public and the press can use the same dial-in information.

**SO ORDERED.**

Dated:    New York, New York
            January 30, 2023

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**