```
                                                            USDC SDNY
                                                            DOCUMENT
UNITED STATES DISTRICT COURT                                ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                               DOC#: _____
------------------------------------------------------------x  DATE FILED: 4-12-23

UNITED STATES OF AMERICA,                              :
                                                       :
                              Plaintiff,               :
                                                       :       14-CR-223 (ALC)
        -against-                                      :
                                                       :       ORDER
FRANCISCO BRITO,                                       :
                                                       :
                              Defendant.               :
                                                       :
                                                       :
------------------------------------------------------------x
```

**ANDREW L. CARTER, JR., District Judge:**

Today's Telephone Status Conference is adjourned to **May 18, 2023** at **2:30 p.m.**

All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 378660).

Members of the public and press may attend the telephonic conference by dialing the same number.

**SO ORDERED.**

**Dated:**    New York, New York
             April 12, 2023

                                    _____
                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**