```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-16-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

UNITED STATES OF AMERICA,

                         Plaintiff,

      -against-                                  14-CR-223 (ALC)

FRANCISCO BRITO,                          **ORDER**

                        Defendant.

----------------------------------------------------------------x

ANDREW L. CARTER, JR., District Judge:

The Telephone Violation of Supervised Release Hearing scheduled for May 18, 2023 is adjourned to **May 23, 2023** at **3:30 p.m.** All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660). Members of the public and press may attend the telephonic conference by dialing the same number.

SO ORDERED.

Dated:    New York, New York
            May 16, 2023

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**